UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAROLYN HUTCHINSON and her
husband, MANUEL B. HUTCHINSON,

    Plaintiffs,

v.   CASE NO. 5:17cv77-MCR/GRJ

GEICO GENERAL INSURANCE
COMPANY,

    Defendants.
_____/

## NOTICE OF DISMISSAL

This case has been dismissed with prejudice by stipulation signed by counsel for all parties in the case, indicating each party will bear their own attorneys' fees and costs, except as otherwise agreed by the parties. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Therefore, the Clerk is directed to close the file.

    **DONE** on this 11th day of January 2018.

               s/ *M. Casey Rodgers*
             **M. CASEY RODGERS**
             **CHIEF UNITED STATES DISTRICT JUDGE**